IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. AMY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 16-CIV-554-HE |
| vs. | ) | |
| | ) | |
| | ) | |
| 1. AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS d/b/a AFLAC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

COME NOW Plaintiff, Amy Davis ("Plaintiff") and Defendant, American Family Life Assurance Company of Columbus d/b/a AFLAC ("Defendant"), collectively identified herein as ("Parties"), by and through counsel, and respectfully request this Honorable Court enter the proposed Agreed Protective Order, attached hereto as Exhibit 1. In support of this Joint Motion, the Parties state as follows:

1.  The Parties would show the Court that in this action they have, or will pursuant to request, produce in discovery documents which contain confidential and/or proprietary information, as well as potentially confidential personal information. Accordingly, a Protective Order is necessary to preserve the privacy of any such information.

2.  This Joint Motion is submitted jointly, thereby signifying the Parties agree on the relief requested herein, and the proposed Agreed Protective Order submitted herewith.

{00392443}

3. The Parties believe this Joint Motion and the proposed Agreed Protective Order are made in compliance with the Court's instructions and guidelines regarding the same.

WHEREFORE, premises considered, the Parties respectfully request this Court enter the proposed Agreed Protective Order submitted contemporaneously herewith.

DATED this 24th day of August, 2016.

Respectfully submitted,

| | |
|---|---|
| s/Amy Wellington | s/Jessica L. Johnson |
| (signed by Filing Attorney with Permission of Attorney) | Sean H. McKee, OBA #14277 |
| | smckee@bestsharp.com |
| Simone Gosnell Fulmer, OBA #17037 | Jessica L. Johnson, OBA #31851 |
| Jacob L. Rowe, OBA #21797 | jjohnson@bestsharp.com |
| Harrison C. Lujan, OBA #30154 | BEST & SHARP |
| Amy Wellington, OBA #9467 | Williams Center Tower I |
| Fulmer Group, PLLC | One West Third Street, Suite 900 |
| P.O. Box 2448 | Tulsa, OK 74103 |
| 1101 N. Broadway Ave., Suite 102 | Telephone: (918) 582-1234 |
| Oklahoma City, OK 73101 | Facsimile: (918) 585-9447 |
| Phone/Fax: (405) 510-0077 | *Attorneys for Defendant* |
| sfulmer@fulmergrouplaw.com | |
| jrowe@fulmergrouplaw.com | |
| hlujan@fulmergrouplaw.com | |
| awellington@fulmergrouplaw.com | |
| *Attorneys for Plaintiff* | |